## VICKSBURG, SHREVEPORT AND TEXAS RAILROAD COMPANY v. N. R. HEMPKIN et al.

The decision in the case of *Nouvet* v. *Armant*, 12 An. 72, affirmed, to the effect that, where the appeal bond was insufficient at the time the appeal was brought up, the substitution of a new bond cannot cure the defect.

APPEAL from the District Court of the Parish of Ouachita, *Richardson*, J. *Morrison & Purvis*, and *McGuire & Ray*, for plaintiff and appellant. *S. L. Slack*, for defendants.

MERRICK, C. J. There is a motion in this case to dismiss the appeal, which must prevail. The order of the Judge allowed a devolutive appeal, on giving bond in the sum of *two* hundred dollars.

The bond given was in the sum of *one* hundred dollars. The appellants offer to substitute a new bond in this court.

The case of *Nouvet, syndic*, v. *Armant*, seems to be decisive on this motion. The bond being defective at the time the appeal was brought up, cannot be cured by the substitution of a new bond in this court. 12 An. 72.

It is, therefore, ordered, adjudged and decreed, that the appeal in this case be dismissed, at the costs of the appellant.